SUBURBAN HOME COMPANY, RESPONDENT, v. GEORGE MATULEWICH, APPELLANT.

Submitted May 27, 1934—Decided September 27, 1934.

For the respondent, *E. A. & W. A. Schilling.*

For the appellant, *George H. Rosenstein.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.